■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SILVIO OREGLIO, Appellant. [665 NYS2d 347] —Appeal from a judgment of the County Court of Ulster County (Bruhn, J.), rendered October 9, 1996, convicting defendant upon his plea of guilty of the crime of aggravated unlicensed operation of a motor vehicle in the first degree.

Pursuant to a negotiated plea agreement, defendant pleaded guilty to the crime of aggravated unlicensed operation of a motor vehicle in the first degree in full satisfaction of a two-count indictment and was sentenced to a definite term of imprisonment of 360 days. Defense counsel seeks to be relieved of his assignment as counsel on the ground that there are no non-frivolous issues that can be raised on appeal. We agree. Upon our review of the record, we conclude that defendant's counseled plea was entered knowingly, voluntarily and intelligently. Moreover, no appealable issues are raised by the sentence imposed, which was in accordance with the plea agreement and the relevant statutory requirements. In view of the foregoing, we affirm the judgment and grant defense counsel's application for leave to withdraw as counsel (see, People v Cruwys, 113 AD2d 979, lv denied 67 NY2d 650).

Mikoll, J. P., Mercure, Crew III, Peters and Spain, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.